Hugh Personius et al., Appellants, v John G. Mann et al., Respondents.

Decided November 17, 2005

### APPEARANCES OF COUNSEL

*Learned, Reilly & Learned, LLP*, Elmira (*Diana L. Hughes* of counsel), for appellants.

*Costello Cooney & Fearon PLLC*, Syracuse (*Samuel C. Young* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified, with costs to plaintiffs, by denying defendants' motion for summary judgment as to the negligence cause of action and, as so modified, affirmed. A question of fact existed as to whether defendants fulfilled their duty to inspect and maintain the pole in question.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.